UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| BRAYON WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:25-cv-00090-SRW ) |
| EXECUTIVE DEPARTMENT, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff Brayon Williams has filed a Complaint for Violation of Civil Rights in this Court, but he has not paid the $405 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. ECF No. 1. He also failed to properly sign his Complaint. Under Rule 11 of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed ... by a party personally if the party is unrepresented." Further, Local Rule 2.11 recognizes a "person's name on a signature block" as a signature when the person made an "authorized filing" through his or her electronic filing account. The Local Rule goes on to explain that even if a document is electronically filed, if it has been signed by someone "other than an attorney of record," then "the document must be physically signed." E.D. Mo. L.R. 2.11.

Here, Plaintiff Williams did not make an authorized filing through an electronic filing account, and he typed a set of numbers and letters in the signature block of his Complaint. ECF No. 1 at 7. He therefore failed to satisfy the requirements of the Federal Rules of Civil Procedure and this Court's Local Rules. *See Shire v. Stobie*, No. 4:24-cv-00184-SRC, ECF No. 5 (E.D. Mo. March 1, 2024); *Dean v. Stobie*, No. 4:24-cv-00074-MTS, ECF No. 22 (E.D. Mo. Jun. 5, 2024). Furthermore, Plaintiff Williams should be aware of this necessity as he has been warned about

this failure to sign filings in the past. *See Williams v. United States*, No. 2:24-cv-74-MTS, ECF Nos. 10 & 17 (E.D. Mo. Oct. 10, 2024).

Within **fourteen (14) days** of the date of this Order, Williams must either pay the $405 filing fee or file a **complete** and **properly signed** Application to Proceed in District Court Without Prepaying Fees or Costs on the proper form, which will be provided to him. Additionally, within **fourteen (14) days** of the date of this Order, Williams must properly sign the Complaint and return it to the Court. To assist Williams, the Court will direct the Clerk to return the Complaint to him. If Williams fails to timely comply with this Order, the Court will dismiss this case without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return the Complaint [ECF No. 1] to Plaintiff Brayon Williams.

**IT IS FURTHER ORDERED** that the Clerk shall send Plaintiff Brayon Williams a copy of the Court's Application to Proceed in District Court Without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that, **within fourteen (14) days of the date of this Order**, Plaintiff Brayon Williams shall properly sign the Complaint and return it to the Court and shall either pay the $405 filing fee or file a complete and properly signed Application to Proceed in District Court Without Prepaying Fees or Costs.

**Plaintiff Brayon Williams's failure to timely comply with this Order will result in the dismissal of this case without prejudice and without further notice.**

Dated this 2nd day of December, 2025.

/s/ Stephen R. Welby
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE